IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT, | |
| Plaintiff, | 8:22CV111 |
| vs. | ORDER |
| CITY OF OMAHA, JUDGE SHERYL L. LOHAUS, DARRYL R. LOWE, DEREK R. VAUGHN, DOUG PETERSON, ETTA CARLISLE, RONALD MURTAUGH, RONALD ROSS, KENNETH PORTER, VINCENT TYLER, TODD SCHMADERER, KEN KANGER, MATHEW RICH, TIMOTHY F. DUNNING, BRIAN PARIZEK, JON KRAMER, SCOTT E. KRACL, METROPOLITAN UTILITIES DISTRICT, JUSTIN WAYNE, FRANKLIN THOMPSON, CHRISTOPHER OVERTON, JAMELLE ROSS, VINCENT TAYLOR, ERIC EATON, JEAN STOTHERT, and OMAHA MUNICIPAL LAND BANK (OMLB), | |
| Defendants. | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 3.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review

of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 31st day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2